## BATES v. TARTT.

(Decided May 1, 1913.)

APPEAL from Sumter Chancery Court.

Heard before Hon. THOMAS H. SMITH.

HARSH, BEDDOW & FITTS, for appellant.  J. A. MITCHELL, and A. G. & E. D. SMITH, for appellee

Per curiam.  Appeal dismissed by agreement.

---

## BIRMINGHAM CAR & MFG. CO. v. COX.

(Decided November 26, 1913.)

APPEAL from Birmingham City Court.

Heard before Hon. W. M. WALKER.

TILLMAN, BRADLEY & MORROW, for appellant.  GASTON & PETTUS, for appellee.

Per curiam.  Dismissed by agreement.

---

## BIRMINGHAM R. L. & P. CO. v. SAXON.

(Decided April 23. 1913.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

TILLMAN, BRADLEY & MORROW, for appellant.  DENSON & DENSON, for appellee.

Per curiam.  Dismissed by agreement.

---

## CAMPBELL v. THE STATE.

(Decided April 10, 1913.)

APPEAL from St. Clair Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

JOHN W. INZER, and INZER & INZER, for appellant, R. C. BRICKELL, Attorney General, for the State.

SAYRE, J.—Affirmed.